IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § § | |
| vs. | § § | 4:96-CR-068-J (1) |
| BOBBY WAYNE REED | § § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS**

The Court has made an independent review of the pleadings, the record and the proposed findings, conclusions and recommendation of the United States Magistrate Judge filed on November 29, 2010.

Although the Magistrate Judge on November 29, 2010, gave the parties until December 20, 2010 to file written objections to his findings, conclusions and recommendation, as of the date of this Order no written objections have been filed. This Court finds that the motion for reduction of sentence should be denied for the reasons stated in the Magistrate Judge's findings and conclusions.

It is therefore ORDERED that the findings, conclusions and recommendation of the Magistrate Judge should be, and are hereby, ADOPTED.

It is further ORDERED that defendant Bobby Wayne Reed's November 8, 2010 motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) is DENIED.

It is SO ORDERED.

SIGNED this the 27th of December, 2010.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE